**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JARVIS GILBERT, | No. 09-16711 |
| Petitioner - Appellant, | D.C. No. 3:07-cv-05987-THE |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA and MICHAEL MCDONALD, Warden, High Desert State Prison, | MEMORANDUM[*] |
| Respondents - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Thelton E. Henderson, Senior District Judge, Presiding

Argued and Submitted September 14, 2010
San Francisco, California

Before: WALLACE and THOMAS, Circuit Judges, and MILLS, Senior District Judge.[**]

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Richard Mills, Senior District Judge for the Central District of Illinois, sitting by designation.

Jarvis Gilbert, a California state prisoner, appeals the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition. After reviewing the briefs and the record, and considering the oral arguments of counsel, we affirm the judgment of the district court for the reasons given in Judge Henderson's thorough opinion of May 22, 2009.

AFFIRMED.